DAYLE ELIESON
United States Attorney
JAMES E. KELLER
Nevada State Bar #10636
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
James.Keller03@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>JEREMY CLOUSE,<br><br>               Defendant. | Case No. 3:18-CR-00017-RCJ-WGC<br><br>STIPULATION TO CONTINUE SENTENCING HEARING<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and through DAYLE ELIESON, United States Attorney for the District of Nevada, and JAMES E. KELLER, Assistant United States Attorney, counsel for the United States of America, and LAUREN GORMAN, Esq., counsel for defendant Jeremy Clouse, that the sentencing hearing currently scheduled for October 16, 2018, at 2:30 p.m., be vacated and continued to October 30, 2018, at 10:30 a.m.

    1.    The additional time requested by this Stipulation to Continue Sentencing Hearing is reasonable pursuant to Fed.R.Crim.P. Rule 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

1

2. The additional time is requested due to counsel for the government respectfully has a conflict with the current sentencing date, and this additional time will give the parties additional opportunity to file any memos, or documents, such as letters in support, relating to sentencing.

3. The parties agree to the continuance.

4. This Stipulation is made in good faith and with good cause, and not for the purposes of delay.

DATED this 28th day of September, 2018.

DAYLE ELIESON
United States Attorney

____/s/ James E. Keller_____          __/s/ Lauren Gorman_____
JAMES E. KELLER                               LAUREN GORMAN
Assistant United States Attorney              Counsel for Defendant

## ORDER

IT IS HEREBY ORDERED THAT, based upon the foregoing Stipulation by the parties, Fed. R. Crim. P. 32(b), and GOOD CAUSE APPEARING, the sentencing hearing currently scheduled for October 16, 2018 at 2:30 p.m., be vacated and continued to October 30, 2018 at 10:30 a.m.

DATED _October 9, 2018_

_____
HON. ROBERT C. JONES
UNITED STATES DISTRICT JUDGE